■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RICHARD DAVIDSON, Respondent. [19 NYS3d 762]—Application by the respondent for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 26, 2014 (*People v Davidson*, 122 AD3d 937 [2014]), reversing stated portions of an order of the Supreme Court, Nassau County, entered July 10, 2013.

Ordered that the application is denied.

The respondent has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Chambers, Cohen and Maltese, JJ., concur.